

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Matthew Tyler Jones,            * From the 104th District Court
of Taylor County,
Trial Court No. 18637B.

Vs. No. 11-15-00200-CR           * April 14, 2016

The State of Texas,              * Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete the $794 fine. The appeal is otherwise dismissed.